IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROBERT JAMES WILLIAMS #1855741 | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv810 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

Petitioner Robert James Williams, an inmate confined in the Texas prison system, proceeding *pro se*, filed the above-styled and numbered petition for a writ of habeas corpus challenging a disciplinary case that arose during his incarceration. The petition was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the petition for a writ of habeas corpus should be dismissed because Petitioner concedes that he is not eligible for mandatory supervised release, Petition at 5, ¶ 16. Petitioner, therefore, is not entitled to federal habeas corpus relief with respect to the disciplinary case. The Magistrate Judge recommended that relief should be denied and the case should be dismissed with prejudice. Neither party has filed objections to the Report and Recommendation.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and in light of the fact that no objections by either party have been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions not previously ruled on are hereby **DENIED**.

**SIGNED this 3rd day of November, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE